RECEIVED
2013 DEC 20 AM 9: 28
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Local Sample Required Form No. 1

# DECLARATION

Debtor(s)' Name(s)  Case No. **13-21680**

DEWITT PATRICIA M

I, PATRICIA M. DEWITT, do hereby certify, under penalty of perjury, that the Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Dated: 12/20/13

_____  Patricia M Dewitt
(Attorney, if applicable)    (Debtor)

                             _____
                             (Spouse)

mmlrequirements/10/06

MML-4

Patricia M. Dewitt
3920 Coronado Road
Phoenix, Arizona 85008

CitiMortgage, Inc.
6400 Las Colinas Blvd
MS-CC3-53 Foreclosure Dept
Irving, TX 75039

Successor Trustee
Quality Loan Service Corporation
2141 5th Ave
San Diego, CA 92101

P. Dewitt
1 Buccaneer #6
Marina Del Rey, CA 90202